6 F.3d 778
 Atlantic Health Care Benefits Trust, United Healthcare
Association of America, National Insurance
Consultants, Inc., Zinner (Edward M.),
Moulton (William E.),
Zimmerman (Charles
R.), King (Harold W.)
v.
Foster (Constance B.), Insurance Department of Commonwealth
of Pennsylvania, Monahan (Chris), Maleski (Cynthia
M.), Atlantic Health Care Benefits Trust
 NO. 93-7052
 United States Court of Appeals,
Third Circuit.
 Aug 23, 1993
 
 Appeal From: M.D.Pa.,
 Rambo, J.,
 
 809 F.Supp. 365
 
 1
 AFFIRMED.